# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### TACOMA DIVISION

| | |
|---|---|
| ROSE NAOMI GLINES and DANNY L GLINES,<br><br>                Plaintiffs,<br>v.<br><br>C.R. BARD, INC., AND BARD PERIPHERALVASCULAR, INC.,<br><br>                Defendants. | Case No. 3:21-cv-05142-RSM |

### **ORDER**

Upon consideration of the Parties' Joint Motion to Stay Proceedings, and upon good cause shown, it is hereby ORDERED that the Motion is GRANTED, and that this matter is STAYED for ninety (90) days.

DATED this 7th day of May, 2021.


_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE