The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROSE NAOMI GLINES and DANNY L. GLINES,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. BARD INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | NO. 3:21-cv-05142-RSM<br><br>ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE<br><br>**[Clerk's Action Required]**<br><br>**Note on Motion Calendar:<br>July 27, 2021** |

The Court has considered the Joint Stipulated Motion to Dismiss Without Prejudice for the above-referenced case.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion to Dismiss Without Prejudice be GRANTED.

DATED this 30th day of July, 2021.

_[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE
NO. 3:21-cv-05142-RSM

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1798250/073021 1144/8284-0037